HANSON BRIDGETT LLP
SANDRA L. RAPPAPORT, SBN 172990
srappaport@hansonbridgett.com
MOLLY L. KABAN, SBN 232477
mkaban@hansonbridgett.com
JERRI KAY-PHILLIPS, SBN 314857
jkay-phillips@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:  (415) 777-3200
Facsimile:  (415) 541-9366

Attorneys for Defendant
LEPRINO FOODS COMPANY

BROCK & GONZALES LLP
TIMOTHY J. GONZALES, SBN 234923
tg@brockgonzales.com
CHRISTOPHER P. BRANDES, SBN 282801
cb@brockgonzales.com
LINDSAY L. BOWDEN, SBN 318685
lb@brockgonzales.com
6701 Center Drive West, Ste. 610
Los Angeles, CA 90045
Telephone:  (310) 294-9595
Facsimile:  (310) 961-3673

Attorneys for Plaintiff
JOSE MARTINEZ

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JOSE MARTINEZ, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LEPRINO FOODS COMPANY, a Colorado corporation; and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No. 1:18-cv-01513-DAD-EPG<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE SCHEDULED DATES FOR 60 DAYS**<br><br>Judge:　　Hon. Dale A. Drozd<br><br>Action Filed: September 5, 2018<br>Trial Date:　September 15, 2020<br><br>(ECF No. 18) |

16423133.1

JOINT STIPULATION AND ORDER TO CONTINUE SCHEDULED DATES FOR 60 DAYS

Pursuant to L.R. 144(a), Plaintiff JOSE MARTINEZ (hereinafter "Plaintiff") and Defendant LEPRINO FOODS COMPANY (hereinafter "Defendant") (collectively, "the Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on January 30, 2019, the Court issued a Scheduling Conference Order (ECF No. 11), scheduling, *inter alia*, the last date for Dispositive Pre-Trial Motions of March 27, 2020, and a date for jury trial of September 15, 2020;

WHEREAS, the Parties require additional time to prepare dispositive motions and otherwise prepare for trial due to the current circumstances related to the COVID-19 pandemic;

WHEREAS, the Parties are also actively exploring potential resolution and would like additional time to further those efforts; and

WHEREAS, the Parties believe that an extension of sixty (60) days for each of the future dates scheduled in this case will help the parties achieve these goals without expending unnecessary resources of the Parties and the Court.

Therefore, the Parties hereby jointly stipulate to the following:

1. The last date for filing pre-trial dispositive motions will be extended by sixty (60) days to Tuesday, May 26, 2020, or to another date that is convenient for the Court;

2. The date for the mid-discovery conference will be extended by sixty (60) days to Tuesday, September 29, 2020, or to another date that is convenient for the Court;

3. The date for the pre-trial conference will be extended by sixty (60) days to Friday, September 18, 2020, or to another date that is convenient for the Court; and

4. The Parties jointly request that this Court extend the trial date by sixty (60) days and set a new trial date of Monday, November 16, 2020, or to another date that is convenient for the Court.

/ / / /
/ / / /
/ / / /
/ / / /
/ / / /

| | | |
|---|---|---|
| DATED: March 25, 2020 | | HANSON BRIDGETT LLP |

By:     /s/ Sandra L. Rappaport
       SANDRA L. RAPPAPORT
       MOLLY L. KABAN
       JERRI KAY-PHILLIPS
       Attorneys for Defendant
       LEPRINO FOODS COMPANY

DATED: March 25, 2020        BROCK & GONZALES LLP

By:     /s/ Lindsay L. Bowden
       TIMOTHY J. GONZALES
       CHRISTOPHER P. BRANDES
       LINDSAY L. BOWDEN
       Attorneys for Plaintiff

## **FILER'S ATTESTATION**

Pursuant to L.R. 131(e), I, Sandra L. Rappaport, hereby attest that I have obtained the concurrence in the filing of this document from each of the other signatories.

DATED: March 26, 2020        /s/ Sandra L. Rappaport
       SANDRA L. RAPPAPORT

-3-
JOINT STIPULATION AND ORDER TO CONTINUE SCHEDULED DATES FOR 60 DAYS
16423133.1

**ORDER**

Having reviewed the Joint Stipulation of the parties to continue the scheduled dates in this matter for 60 days (ECF No. 18), and finding good cause exists,[1]

IT IS ORDERED THAT:

1. The deadline to file pre-trial dispositive motions is extended to **May 26, 2020**;

3. The pre-trial conference is continued to **November 2, 2020, at 1:30 p.m.**; and

4. Trial is continued to **January 12, 2021, at 8:30 a.m.**

IT IS SO ORDERED.

Dated: **March 26, 2020**           /s/ *Erica P. Grosjean*
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] The parties indicate in their stipulation that a mid-discovery status conference was set for July 2020 and have asked that the conference be reset to September 2020. There is not, however, a conference set for July 2020, and there does not appear to be a need for such a conference at this stage of the proceedings. If the parties believe a status conference is needed, they may request such a conference be set by reaching out to the Courtroom Deputy, Michelle Rooney, at mrooney@caed.uscourts.gov.