# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MARTINEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LEPRINO FOODS COMPANY, *et al.*,<br><br>Defendants. | Case No. 1:18-cv-01513-DAD-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>(ECF No. 22) |

Plaintiff, Jose Martinez, and Defendant, Leprino Foods Company, have filed a stipulation to dismiss the entire action with prejudice (ECF No. 22). In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: **June 15, 2020**              /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE